UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:23-cv-2093-WFJ-AAS

FINAL EXPENSE DIRECT,

    Plaintiff

v.

PYTHON LEADS, LLC, JACQUELYN LEAH LEVIN, DAVID LEVIN and ALI RAZA

    Defendants.
_____/

## MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL

Seth B. Burack, Esq., of Fox Rothschild LLP, pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida (the "Local Rules"), moves for entry of an order granting him, and the law firm Fox Rothschild LLP, leave to withdraw as counsel for Defendants/Counterclaimants, Python Leads LLC, Jacquelyn Leah Levin and David Levin (collectively, the "Python Defendants"), in the above-styled case. In support thereof, the undersigned states as follows:

1.    Seth B. Burack, Esq., of Fox Rothschild LLP, is seeking leave to withdraw as counsel for the Python Defendants. No attorneys from Fox Rothschild LLP will remain in the case if this motion is granted.

## CLIENT CONSENT

2.    Per Local Rule 2.02(c)(1)(B)(i), the undersigned attorney certifies that the Python Defendants consent to his withdrawal and the withdrawal of Fox Rothschild

LLP in this matter.

## NO PREJUDICE AND COMPLIANCE WITH FLORIDA RULES

3. Per Local Rule 2.02(c)(3), this withdrawal will not cause the need for any trial continuance, as trial is currently set for the July 2025 Trial Term commencing July 7, 2025 – over eight (8) months from now. *See* ECF No. 42.

4. The undersigned represents in good faith that this withdrawal complies with Fla. R. P. C. 4-1.16(b).[1]

## FUTURE COMMUNICATIONS AND PLEADINGS

5. The undersigned is providing the following contact information for the Python Defendants:

a. Current email addresses:
   i. david@davidlevinesq.com;
   ii. jacquelynleahlevin@gmail.com

b. Current physical addresses:
   i. 105 22nd Street West, Bradenton, FL 32405
   ii. 5533 Marquesas Circle, Sarasota, FL 34230

---

[1] The undersigned and Fox Rothschild LLP have good cause – pursuant to one or more bases set forth in Fla. R. P. C. 4-1.16(b) – to seek this Court's permission to withdraw as counsel for the Python Defendants. To maintain client confidentiality and in an effort to seek withdrawal while taking steps to the extent reasonably practicable to protect the clients' interest, the undersigned refrains from setting forth and disclosing in this filing any additional, specific facts or circumstances in support of this motion. If the Court should require additional information as to the underlying reasons for movants' request to withdraw, the undersigned will provide such reasons to the Court *in camera* to the extent the Court should deem that necessary.

6. Should the Court grant this motion, and the undersigned be permitted to withdraw as counsel for the Python Defendants, all correspondence and pleadings should be directed to the Python Defendants at the above-referenced physical and e-mail addresses.

7. The Python Defendants are aware that in Florida, a business entity, unlike a natural person, cannot represent itself and cannot appear in a court of law without an attorney. Accordingly, Defendant, Python Leads LLC, is aware that it must timely retain new counsel or risk default.

WHEREFORE, Seth B. Burack, Esq., respectfully requests entry of an order allowing his withdrawal and the withdrawal of his law firm, Fox Rothschild LLP, as counsel of record for Defendants/Counterclaimants, Python Leads LLC, Jacquelyn Leah Levin and David Levin, and relieving him and the firm from all further obligations and responsibilities in this case.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), the undersigned attorney hereby certifies that he consulted with counsel for Plaintiff/Counter-Defendant (Efosa Asemota, Esq. and Bryant Banes, Esq.) via telephone on October 25, 2024, who advised that they have no opposition to the relief sought herein.

FOX ROTHSCHILD LLP

By: __/s/ *Seth B. Burack*__
Seth B. Burack
Florida Bar No: 68360
777 South Flagler Drive

Suite 1700 West Tower
West Palm Beach, FL 33401
Telephone: (561) 804-4418
Facsimile: (561) 835-9602
sburack@foxrothschild.com

*Attorneys for Python Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, thus serving all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  */s/ Seth B. Burack*
Seth B. Burack