UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FINAL EXPENSE DIRECT,

    Plaintiff,

v.                                                  Case No. 8:23-cv-2093-WFJ-AAS

PYTHON LEADS, LLC,
JACQUELYN LEAH LEVIN,
DAVID LEVIN, and ALI RAZA,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's motion to enter a default judgment against Defendant Ali Raza (Dkt. 113). The United States Magistrate Judge issued a report recommending that the motion be denied without prejudice. (Dkt. 115).[1] The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). After conducting an independent examination of the file, the Court agrees with the Report and Recommendation and rules as follows:

---

[1] The report cites Plaintiff's motion for default judgment as Dkt. 70, although Plaintiff's motion is found at Dkt. 113.

1. The Report and Recommendation (Dkt. 115) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion for default judgment against Defendant Ali Raza (Dkt. 113) is denied without prejudice.

**DONE AND ORDERED** at Tampa, Florida, on May 28, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record